# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) MJ-05-277 GGH
)
THOMAS DALE FREDERICK )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee:    Thomas Dale Frederick

Detained at (custodian):    Sacramento County Jail, Sacramento, CA

Detainee is:    a.)    (**X**) charged in this district by:
        ( ) Indictment    ( ) Information    (**X**) Complaint
        Charging Detainee With:    18 U.S.C. 471

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u> in the Eastern District of California.*

Signature: /s/ Matthew D. Segal
Printed Name & Phone No: Matthew D. Segal (916) 554-2708
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/24/06        /s/ Gregory G. Hollows
Date        United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | 1266772 | DOB: | 1971 |
| Facility Address: | 651 I Street | Race: | White |
| | Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | (916) 874-6752 | | |
| Currently Incarcerated For: | Stolen Vehicle | | |

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)

frederick.ord